**ORDERED ACCORDINGLY.**

Dated: August 04, 2010

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

# TIFFANY & BOSCO
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-14859

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Michael Timothy Blackstock and Julie Elizabeth Blackstock<br>    Debtors.<br>_____<br>Chase Home Finance LLC<br>    Movant,<br>  vs.<br><br>Michael Timothy Blackstock and Julie Elizabeth Blackstock, Debtors, Robert A. MacKenzie, Trustee.<br><br>    Respondents. | No. 2:10-BK-17873-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #14) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 21, 2004 and recorded in the office of the Maricopa County Recorder wherein Chase Home Finance LLC is the current beneficiary and Michael Timothy Blackstock and Julie Elizabeth Blackstock have an interest in, further described as:

> Lot 359, VERRADO PARCEL 4.603, according to Book 636 of Maps, page 6, records of Maricopa County, Arizona.
>
> EXCEPT all uranium, thorium, or any other material which is or may be determined by the law of the State, the United States, or competent judicial decision of Federal or Arizona State Court to be peculiarly essential to the production of fissionable materials, whether or not of commercial value, as reserved in the Patent to said land recorded June 30, 1978, in Docket 130030, page 204.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.